UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DEBORAH R. WAGNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:18-CV-64-HBG |
| | ) |
| ANDREW M. SAUL,[1] | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, Plaintiff's Motion for Judgment on the Pleadings [**Doc. 15**] will be **GRANTED**, and the Commissioner's Motion for Summary Judgment [**Doc. 17**] will be **DENIED**. This case will be **REMANDED** to the SSA for the ALJ to reconsider Plaintiff's medical improvement in accordance with this opinion.

IT IS SO ORDERED.

ENTER:

*Bruce Guyton*
United States Magistrate Judge

---

[1] Andrew M. Saul was sworn in as the Commissioner of Social Security on June 17, 2019, during the pendency of this case. Therefore, pursuant to Federal Rule of Civil Procedure 25(d), Andrew M. Saul is substituted as the Defendant in this case.